THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOHN H. BECKER, Appellant.

(Submitted September 28, 1936; decided September 30, 1936.)

504

*Charles P. Sullivan, District Attorney (John H. W. Krogmann* of counsel), for motion.
*Harry Gittleson* opposed.

Motion denied.